FILED
07/15/2024
*Phyllis D. Smith*
CLERK
STATE OF MONTANA
By: _____
DA 23-0328

FILED
07/15/2024
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Fergus County District Court
DC-14-2016-0000066-IN
Case Number: DA-23-0328
Perry, Heather
318.00

Deidre Taber
Official Court Reporter
Fergus County Courthouse
712 West Main St.
Lewistown, MT 59457
(406) 535-1081

IN THE DISTRICT COURT

OF THE TENTH JUDICIAL DISTRICT

OF THE STATE OF MONTANA

IN AND FOR THE COUNTY OF FERGUS

| STATE OF MONTANA, | ) Case No.: DC 16-66 |
| | ) |
| Plaintiff, | ) ORDER |
| vs. | ) |
| | ) |
| DAVID ALLEN PEIN, | ) |
| | ) |
| Defendant. | ) |

Upon reading the Affidavit of Deidre Taber, Official Court Reporter, for an extension of time of time to transmit the record, and good cause having been shown:

IT IS HEREBY ORDERED that the Appellant shall have 50 additional days in which to transmit the record in this case or until September 10th, 2024.

**ELECTRONICALLY DATED AND SIGNED BELOW,**

Copies to:     Attorney General's Office
               Appellate Defender's Office
               Attorney Jean Adams
               Attorney Annie DeWolf
               Clerk of Supreme Court

Electronically Signed By:
Hon. Judge Heather Perry
Mon, Jul 15 2024 11:26:11 AM